UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | |
|---|---|
| BRANDY BROWN, )<br>Plaintiff/Petitioner/USA, )<br>)<br>v. )<br>FORD MOTOR COMPANY, )<br>Defendant/Respondent. )<br>) | Case No. 2:25-cv-14045-RMG<br><br>**Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Andrew Parker Felix, Esq.</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

    ☒ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    <u>    Counsel for Defendant has not made an appearance as of the date of filing.    </u>
    <u>                                                                                      </u>

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| <u>Morgan & Morgan, P.A.                              </u><br>Firm Name<br><u>4401 Belle Oaks Drive, Suite 300             </u><br>Street Address or Post Office Box<br><u>North Charleston, SC 29405                    </u>__<br>City, State, Zip Code<br><u>(843) 973-5438                                       </u><br>Telephone Number<br><u>cooper.klaasmeyer@forthepeople.com</u><br>E-Mail Address | <u>Cooper Klaasmeyer, Esq.                           </u><br>Name of Local Counsel<br><u>/s/ *Cooper Klaasmeyer, Esq.*                     </u><br>Signature of Local Counsel<br>Local Counsel for the Plaintiff, Brandy Brown<br><br>District of South Carolina<br>Federal Bar Number 14272<br><br><br>revised 09/19/05 |