# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### (CHARLESTON DIVISION)

| | | |
|---|---|---|
| BRANDY BROWN, | ) | |
| Plaintiff/Petitioner/USA, | ) | **Case No. 2:25-cv-14045-RMG** |
| | ) | |
| v. | ) | |
| | ) | **Application/Affidavit for** |
| _____, | ) | ***Pro Hac Vice* Admission** |
| Defendant/Respondent. | ) | |
| FORD MOTOR COMPANY | ) | |

(1)    <u>Name.</u> <u>Andrew      Parker      Felix</u>

              First             Middle            Last

(2)    <u>Residence.</u> I reside in the following state: <u>Florida</u>
       If a South Carolina resident, indicate months/years of residence: _____

(3)    <u>Business Address.</u> I am an attorney and practice law under the name of or as a member of the following firm:

       Firm name: <u>Morgan & Morgan, P.A.</u>
       Mailing address: <u>20 N. Orange Ave., Ste. 1600</u>     City/State/Zip <u>Orlando, Florida 32801</u>
       Telephone number: <u>(407) 244-3209</u>
       Facsimile number: <u>(407) 245-3334</u>
       E-mail address: <u>andrew@forthepeople.com</u>
       (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    <u>Jurisdiction of this Court.</u> I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina. I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)    Regular Practice of Law. I am a member in good standing of the bar of the highest court of the **State of Florida** where I regularly practice law. **Attached is my certificate of good standing.**

(6)    Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S. District Court, Middle District of Florida 12/19/2003 | | ☒Yes ☐No |
| U.S. Court of Appeals, Ninth Circuit 06/04/2018 | | ☒Yes ☐No |
| U.S. District Court, Southern District of Florida 04/30/2014 | | ☒Yes ☐No |

(7)   Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)   Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)   Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)   Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)   Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes   X No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12)   Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Page **2** of **3**

Attorney Name: <u>Cooper Klaasmeyer, Esq.</u>
Firm Name: <u>Morgan & Morgan, P.A.</u>
Street Address or Post Office Box: <u>4401 Belle Oaks Drive, Suite 300</u>
City, State, and Zip Code: <u>North Charleston, South Carolina 29405</u>
Telephone Number: <u>(843) 972-5438</u>
E-Mail Address: <u>cooper.klaasmeyer@forthepeople.com</u>

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)     Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____

_____

(14)     Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)     Electronic Notification. By submitting this application, I consent to electronic notification.

(16)     Represented Party/Parties. I seek to represent the following party/parties:
Plaintiff, Brandy Brown

(17)     I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.



_____
Signature of Applicant

**Sworn to and subscribed before me**
this ___ day of _Januery_ ,20 _26_.

_____
A Notary Public
of the State of _Florida_

My Commission expires: _July 31, 2026_

KATHERINE DIMEGLIO
MY COMMISSION # HH 247527
EXPIRES: July 31, 2026