UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

**BRANDY BROWN**                                      )
_____,                          )
Plaintiff/Petitioner/USA,                             )     Case No. **2:25-cv-14045-RMG**
                                                      )
v. **FORD MOTOR COMPANY**                             )            Motion
_____,                          )       in Support of
Defendant/Respondent.                                 )     *Pro Hac Vice* Application
                                                      )

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that **Steven E. Nauman** be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose

    ☒ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    Counsel for Defendant has not made an appearance as of the date of filing.

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| **Morgan & Morgan** | **Cooper Klaasmeyer, Esq.** |
| Firm Name | Name of Local Counsel |
| **4401 Belle Oaks Drive, Suite 300** | /s/ *Cooper Klaasmeyer* |
| Street Address or Post Office Box | Signature of Local Counsel |
| **North Charleston, SC, 29405** | Local Counsel for the Plaintiff, Brandy Brown |
| City, State, Zip Code | |
| **843-973-5438** | District of South Carolina |
| Telephone Number | Federal Bar Number **14272** |
| **cooper.klaasmeyer@forthepeople.com** | |
| E-Mail Address | revised 09/19/05 |