UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **BRANDY BROWN** | ) | CA: 2:25-cv-14045-RMG |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **FORD MOTOR COMPANY** | ) | |
| | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: **Steven E. Nauman**      who represents **BRANDY BROWN**

  ☒  Be **granted** admission *pro hac vice* in this case.

  ☐  Be **denied** admission *pro hac vice* in this case.

  January 5, 2026                _____
Date                          United States District/Magistrate Judge