AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:25-cv-14045-RMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Ford Motor Company**
was recieved by me on  **1/05/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o CT Corporation System**, who is designated by law to accept service of process on behalf of **Ford Motor Company** at **2 Office Park Ct Ste 103, Columbia, SC 29223** on **01/09/2026 at 2:52 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **150.00** for services, for a total of $ **150.00**.

I declare under penalty of perjury that this information is true.

Date:   01/09/2026

_____
*Server's signature*

**Jaymie Ganus**
*Printed name and title*

**7515 Waxhaw Creek Road
Waxhaw, NC 28173**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; PLAINTIFF'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES; SUMMONS, to c/o CT Corporation System with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**





Tracking #: **0202890809**