# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Brandy M. Brown, | C/A No. 2:25-cv-14045-RMG |
| Plaintiff, | |
| vs. | **DEFENDANT FORD MOTOR COMPANY'S ANSWERS TO RULE 26.01 INTERROGATORIES** |
| Ford Motor Company, | |
| Defendant. | |

Pursuant to Local Civil Rule 26.01, DSC, Defendant Ford Motor Company ("Ford") submits the following answers to Interrogatories 26.01 (A)-(H):

(A)  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:**

**Ford is unaware of any persons or legal entities that may have a subrogation interest.**

(B)  As to each claim, state whether it should be tried by jury or non-jury and why.

**ANSWER:**

**Plaintiff demands a jury trial in her First Amended Complaint, and Ford joins in that demand. Plaintiff's alleged causes of action involve issues appropriate for a jury to resolve.**

(C)  State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

1

parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER**:

**Ford Motor Company states that it has no parent corporation.**

**As of December 31, 2024, The Vanguard Group and certain of its affiliates have disclosed that they own 10% or more of Ford's common stock.  The following is a list of publicly traded companies in which Ford Motor Company directly or indirectly owns an equity interest of at least 10% but less than 100%:**

    **China- Jiangling Motors Corporation, Limited**

    **Turkey- Ford Otomotiv Sanayi Anonim Sirketi (Ford Otosan)**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER**:

**The automotive collision described in Plaintiff's First Amended Complaint is alleged to have occurred in Colleton County, South Carolina, which comprises a part of the Division in which this action was filed.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.

**ANSWER:**

**Ford is unaware of any related matters filed in this District.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER**:

**Ford is properly identified.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:**

**Ford does not presently make such a contention but reserves its right to do so warranted by its investigation in the facts and circumstances of this action.**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER**:

**Ford Motor Company is a citizen of Michigan and Delaware. There are no other entities whose citizenship is attributed to Ford Motor Company.**

(Signature page to follow.)

3

February 6, 2026          By:    s/ Carmelo B. Sammataro
                                          Carmelo B. Sammataro (Fed. I.D. # 9174)
                                          Abigail C. Bray (Fed. I.D. # 13676)
                                          Turner, Padget, Graham & Laney, P.A.
                                          Post Office Box 1473
                                          Columbia, SC 29202
                                          Phone: (803) 254-2200
                                          Fax: (803) 799-3957
                                          SSammataro@TurnerPadget.com
                                          ABray@TurnerPadget.com

                                          **ATTORNEYS FOR DEFENDANT**