**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| BRANDY M. BROWN | ) |
| | ) |
|        Plaintiff, | )   **Case No. 2:25-cv-14045-RMG** |
| | ) |
| v. | )   **Application/Affidavit for** |
| | ) |
| FORD MOTOR COMPANY, | )   ***Pro Hac Vice* Admission** |
| | ) |
|        Defendant, | ) |
| | ) |

(1)    <u>Name</u>.      <u>Robert</u>        <u>Kent</u>        <u>Warren</u>
                             First                Middle            Last

(2)    <u>Residence</u>. I reside in the following state: <u>North Carolina</u>
       If a South Carolina resident, indicate months/years of residence: _____

(3)    <u>Business Address</u>. I am an attorney and practice law under the name of or as a member of the following firm:

       Firm name: <u>Bowman and Brooke LLP</u>
       Mailing address: <u>1942 East 7th Street, Suite 360</u>       City/State/Zip <u>Charlotte, NC 28204</u>
       Telephone number: <u>980-987-3715</u>
       Facsimile number: <u>980-987-3709</u>
       E-mail address: <u>kent.warren@bowmanandbrooke.com</u>
       (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina. I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)    Regular Practice of Law. I am a member in good standing of the bar of the highest court of the States of <u>North Carolina and Missouri</u> where I regularly practice law. **Attached are my certificates of good standing.**

(6)    Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.
Revised 10/11/05

states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| Missouri State Bar | September 12, 2007 | ☒Yes | ☐No |
| US District Court – Western District of NC | June 12, 2009 | ☒Yes | ☐No |
| US District Court – Middle District of NC | November 22, 2011 | ☒Yes | ☐No |
| US District Court – Western District of Missouri | September 23, 2007 | ☒Yes | ☐No |
| US District Court Kansas | April 2, 2008 | ☒Yes | ☐No |
| North Carolina State Bar | March 29, 2008 | ☒Yes | ☐No |
| US District Court – Colorado | August 12, 2024 | ☒Yes | ☐No |

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)     Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)     Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☒ Yes  ☐ No

Revised 10/11/05

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

U.S. District Court South Carolina, Martin v. Duffy, 4:15-cv-4947; case closed; application date: 2/14/2023; granted 2/15/2023; Local Counsel: T. Richmond McPherson III

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: Sam Sammataro
Firm Name: Turner Padget
Street Address or Post Office Box: 1901 Main Street, Suite 900
City, State, and Zip Code: Columbia, SC 29201
Telephone Number: (803) 227-4253
E-Mail Address: ssammataro@turnerpadget.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with applicable rules of procedure. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with the Local Rules of the United States District Court for the District of South Carolina or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

Ford Motor Company

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant

**Sworn to and subscribed before me**
this 24th day of February ,20 26.

A Notary Public
of the State of North Carolina
My Commission expires: 10/1/29
Revised 10/11/05



Page 3 of 3

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on March 29, 2008, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Robert Kent Warren

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this February 19, 2026.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

## Robert Kent Warren

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th day of February, 2026.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri