## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| Brandy M. Brown, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: <u>R. Kent Warren</u> who represents <u>Ford Motor Company</u>

    X      Be **granted** admission *pro hac vice* in this case.

    □      Be **denied** admission *pro hac vice* in this case.

<u>March 5, 2026</u>                    <u>s/ Richard Mark Gergel</u>
Date                             United States District Judge