## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **JOINT RULE 26(f) REPORT** |
| | ) | |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐     We agree that the schedule set forth in the Conference and Scheduling Order issued _____ is appropriate for this case. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☒     We agree that the schedule set forth in the Conference and Scheduling Order issued February 6, 2026, requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use same format as the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☐     We are unable, after consultation, to agree on a schedule for this case. Therefore, we request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

(Signature page to follow.)

1

| | | |
|---|---|---|
| March 13, 2026 | By: | s/ Carmelo B. Sammataro |
| | | Carmelo B. Sammataro (Fed. I.D. # 9174) |
| | | Abigail C. Bray (Fed. I.D. # 13676) |
| | | Turner, Padget, Graham & Laney, P.A. |
| | | Post Office Box 1473 |
| | | Columbia, SC 29202 |
| | | Phone: (803) 254-2200 |
| | | Fax: (803) 799-3957 |
| | | SSammataro@TurnerPadget.com |
| | | ABray@TurnerPadget.com |
| | | |
| | | R. Kent Warren (*pro hac vice*) |
| | | Bowman and Brooke LLP |
| | | 1942 East 7th Street, Suite 360 |
| | | Charlotte, NC 28204 |
| | | Phone: (980) 987-3715 |
| | | kent.warren@bowmanandbrooke.com |

**ATTORNEYS FOR DEFENDANT**

| | | |
|---|---|---|
| March 13, 2026 | By: | s/ Michael Cooper Klaasmeyer |
| | | Michael Cooper Klaasmeyer (Fed. I.D. # 14272) |
| | | Morgan and Morgan |
| | | 4401 Belle Oaks Drive |
| | | 3rd Floor Suite 301 |
| | | North Charleston, SC 29405 |
| | | Phone: (843) 973-5438 |
| | | cooper.klaasmeyer@forthepeople.com |
| | | |
| | | Andrew Parker Felix (*pro hac vice*) |
| | | Steven E. Nauman (*pro hac vice*) |
| | | Morgan & Morgan |
| | | 20 North Orange Avenue, Suite 1600 |
| | | Orlando, FL 32801 |
| | | Phone: (407) 244-3209 |
| | | Fax: (407) 245-3334 |
| | | afelix@forthepeople.com |
| | | snauman@forthepeople.com |

**ATTORNEYS FOR PLAINTIFFS**