# MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name:  Brandy M. Brown and Brandy M. Evans v. Ford Motor Company

C/A No.:  2:25-cv-14045-RMG

    1.    Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

    No

    2.    If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?

    The parties agree mediation would be most useful following the close of discovery.

    3.    Please provide the court with any additional information that would assist in setting a timeline for required mediation.

    The parties are unaware at this time of any additional information that would assist the court in setting a timeline for required mediation.

| Signatures | Party Represented |
|---|---|
| s/ Carmelo B. Sammataro | Defendant |
| s/ Michael Cooper Klaasmeyer | Plaintiffs |