# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JOINT DISCOVERY PLAN** |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties answer the items enumerated in Rule 26(f)(3), Fed. R. Civ. P., as follows:

(A)     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made?

**ANSWER:**     The parties agree to submit their disclosures under Rule 26(a)(1) by March 13, 2026, and will further abide by the proposed Consent Amended Scheduling Order for other Fed. R. Civ. P. 26(a) deadlines.

(B)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

**ANSWER:**     The parties anticipate discovery on both liability and damages issues and propose to complete discovery by November 6, 2026.

(C)     Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.

**ANSWER:** The parties do not anticipate any issues about disclosure or discovery of electronically stored information to arise.

  (D) Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production— whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.

**ANSWER:** The parties agree to assert claims of privilege or protection in writing when responding to written discovery and verbally on the record when claiming a privilege or seeking protection during a recorded proceeding. The parties also agree to comply with Rule 26(b)(5)-(c) of the Federal Rules of Civil Procedure.

  (E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed?

**ANSWER:** The parties do not propose any such changes.

  (F) Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**ANSWER:** At this time, the parties are not aware of any other orders that the Court should issue under these rules.

(Signature page to follow.)

2

| | | |
|---|---|---|
| March 13, 2026 | By: | s/ Carmelo B. Sammataro |
| | | Carmelo B. Sammataro (Fed. I.D. # 9174) |
| | | Abigail C. Bray (Fed. I.D. # 13676) |
| | | Turner, Padget, Graham & Laney, P.A. |
| | | Post Office Box 1473 |
| | | Columbia, SC 29202 |
| | | Phone: (803) 254-2200 |
| | | Fax: (803) 799-3957 |
| | | SSammataro@TurnerPadget.com |
| | | ABray@TurnerPadget.com |

R. Kent Warren (*pro hac vice*)
Bowman and Brooke LLP
1942 East 7th Street, Suite 360
Charlotte, NC 28204
Phone: (980) 987-3715
kent.warren@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANT**

| | | |
|---|---|---|
| March 13, 2026 | By: | s/ Michael Cooper Klaasmeyer |
| | | Michael Cooper Klaasmeyer (Fed. I.D. # 14272) |
| | | Morgan and Morgan |
| | | 4401 Belle Oaks Drive |
| | | 3rd Floor Suite 301 |
| | | North Charleston, SC 29405 |
| | | Phone: (843) 973-5438 |
| | | cooper.klaasmeyer@forthepeople.com |

Andrew Parker Felix (*pro hac vice*)
Steven E. Nauman (*pro hac vice*)
Morgan & Morgan
20 North Orange Avenue, Suite 1600
Orlando, FL 32801
Phone: (407) 244-3209
Fax: (407) 245-3334
afelix@forthepeople.com
snauman@forthepeople.com

**ATTORNEYS FOR PLAINTIFFS**

3