**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **Motion in Support of** |
| | ) | ***Pro Hac Vice* Application** |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Abigail A. Golden</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1.  I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.  All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.  Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.  Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.  Certification of Consultation (Local Civil Rule 7.02).

    ☒   Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐   Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): _____

    ☐   No duty of consultation is required because the opposing party is proceeding pro se.

(Signature page to follow.)

1

2

| | |
|---|---|
| Turner, Padget, Graham & Laney, P.A. | Carmelo B. Sammataro |
| Firm Name | Name of Local Counsel |
| P. O. Box 1473 | s/ Carmelo B. Sammataro |
| Street Address or Post Office Box | Signature of Local Counsel |
| Columbia, SC 29202 | Local Counsel for the   Defendant |
| City, State, Zip Code | |
| 803-227-4253 | District of South Carolina |
| Telephone Number | Federal Bar Number   9174 |
| ssammataro@turnerpadget.com | |
| E-Mail Address | |

2