**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Abigail A. Golden who represents Ford Motor Company

    ☒       Be **granted** admission *pro hac vice* in this case.

    ☐       Be **denied** admission *pro hac vice* in this case.

3/19/2026

_____
Date

s/ Richard Mark Gergel

_____
United States District/Magistrate Judge