**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

BRANDY M. BROWN
and BRANDY M. EVANS,

      Case No.: 2:25-cv-14045-RMG

      Plaintiffs,

v.

FORD MOTOR COMPANY,

      Defendant.

---

**PLAINTIFFS' RESPONSE TO DEFENDANT FORD MOTOR**
**COMPANY'S PARTIAL MOTION TO DISMISS**

---

Plaintiffs, Brandy M. Brown and Brandy M. Evans, through their undersigned counsel and pursuant to Local Civil Rule 7.06, hereby respond to Defendant Ford Motor Company's Partial Motion to Dismiss (ECF No. 23), filed on March 18, 2026. Upon review of the motion, Plaintiffs do not oppose the dismissal of Plaintiffs' punitive damages claims.

[*Signatures on following page*]

Dated: March 30, 2026

Respectfully submitted,

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (*pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cooper Klaasmeyer*
Cooper Klaasmeyer, Esq.
Federal Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive, 3rd Floor
North Charleson, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

*Attorney for Plaintiffs*