# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | C/A No. 2:25-cv-14045-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **CONSENT MOTION FOR ENTRY OF** |
| | ) | **CONFIDENTIALITY ORDER** |
| Ford Motor Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CONSENT:

The attached proposed Confidentiality Order is requested:

☒ by consent of all parties.

☐ by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

☐ by some, but not all, parties [requesting parties include:   [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

☐ is identical to the standard form on the court's website.

☐ has been revised by deleting the Reading Room provision, but no other changes have been made (redlined copy not required).

☒ is a modified version of the standard form on the court's website. An explanation of the basis for each proposed modification is as follows: The proposed order contains the provisions of the court's form order with the exception of the reading room provision and certification by counsel. The attached proposed order is the standard order agreed upon and used in Ford's Takata airbag litigated matters and

1

will provide uniformity in the parties' access to and handling of confidential information.

| **WE SO MOVE:** | **WE SO MOVE/CONSENT:** |
|---|---|
| s/ Carmelo B. Sammataro | s/ Michael Cooper Klaasmeyer |
| Carmelo B. Sammataro (Fed. I.D. # 9174) | Michael Cooper Klaasmeyer (Fed. I.D. # 14272) |
| Abigail B. Hart (Fed. I.D. # 13676) | Morgan and Morgan |
| Turner, Padget, Graham & Laney, P.A. | 4401 Belle Oaks Drive |
| Post Office Box 1473 | 3rd Floor Suite 301 |
| Columbia, SC 29202 | North Charleston, SC 29405 |
| Phone: (803) 254-2200 | Phone: (843) 973-5438 |
| Fax: (803) 799-3957 | cooper.klaasmeyer@forthepeople.com |
| SSammataro@TurnerPadget.com | |
| AHart@TurnerPadget.com | |
| | Andrew Parker Felix (*pro hac vice*) |
| R. Kent Warren (*pro hac vice*) | Steven E. Nauman (*pro hac vice*) |
| Abigail A. Golden (*pro hac vice*) | Morgan & Morgan |
| Bowman and Brooke LLP | 20 North Orange Avenue, Suite 1600 |
| 1942 East 7th Street, Suite 360 | Orlando, FL 32801 |
| Charlotte, NC 28204 | Phone: (407) 244-3209 |
| Phone: (980) 987-3715 | Fax:  (407) 245-3334 |
| kent.warren@bowmanandbrooke.com | afelix@forthepeople.com |
| Abigail.Golden@bowmanandbrooke.com | snauman@forthepeople.com |

| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFFS** |
|---|---|
| Date:  May 26, 2026 | Date:  May 26, 2026 |

2