**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| BRANDY M. BROWN and BRANDY M. EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Civil Action No.: 2:25-cv-14045-RMG |

**PLAINTIFFS' EXPERT DISCLOSURES**

Plaintiffs, Brandy M. Brown and Brandy M. Evans, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26 and the Court's scheduling order for this case, hereby file and serve their expert testimony disclosures. Plaintiffs disclose the following witnesses who Plaintiffs will call at trial to present evidence and testimony under Federal Rules of Evidence 702, 703, or 705.

Rule 26(a)(2)(B)—Witnesses Who Must Provide a Written Report

1. Michael A. DiCicco, 32C Spruce Street, Oakland, NJ 07436, (201) 644-0700. Plaintiffs will call Mr. DiCicco to present evidence and testimony consistent with his written report and findings. Plaintiff will also call Mr. DiCicco to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Plaintiffs' counsel certifies that Mr. DiCicco's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

2. Dr. Stephanie Bonin, Ph.D., 23281 Vista Grande Drive, Suite A, Laguna Hills, CA 92653, (949) 855-4632. Plaintiffs will call Dr. Bonin to present evidence and testimony consistent with her written report and findings. Plaintiffs will also call Dr. Bonin to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of her qualifications and expertise. Plaintiffs' counsel certifies that Dr. Bonin's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

3. Dr. Ahmad Tarabishy, M.D., 2400 Cypress Glen Drive, Wesley Chapel, FL 33544, (813) 973-3333. Plaintiff Brandy Brown will call Dr. Tarabishy to present evidence and testimony consistent with his written report and findings. Plaintiff Brandy Brown will also call Dr. Tarabishy to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Plaintiffs' counsel certifies that Dr. Tarabishy's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith. Within the past four years, Dr. Tarabishy provided the following deposition and trial testimony:

- Deposition, 5/30/2024: *William Harrison Sims v. BMW of North America LLC, et al.*, Case No. 6:22-cv-1685, United States District Court, Middle District of Florida, Orlando Division
- Trial, 9/11/2026: *William Harrison Sims v. BMW of North America LLC, et al.*, Case No. 6:22-cv-1685, United States District Court, Middle District of Florida, Orlando Division

4. Dr. Mahlon A. Kerr, M.D., 210 Lavaca Street, Suite 3504, Austin, TX 78701, (512) 244-1444. Plaintiffs will call Dr. Kerr to present evidence and testimony consistent with his written

reports and findings. Plaintiffs will also call Dr. Kerr to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Plaintiffs' counsel certifies that Dr. Kerr's Rule 26 reports and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

5. Dr. Ezekiel Fink, M.D., 12700 Hillcrest Road, Suite 147, Dallas, TX 75230, (310) 975-9958. Plaintiff Brandy Brown will call Dr. Fink to present evidence and testimony consistent with his written report and findings. Plaintiff Brandy Brown will also call Dr. Fink to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Plaintiffs' counsel certifies that Dr. Fink's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

6. Dr. Julianne Frain, Ph.D., 1290 Dry Ridge Road, St. Louis, MO 63131, (954) 745-4588. Plaintiff Brandy Brown will call Dr. Frain to present evidence and testimony consistent with her written report and findings. Plaintiff Brandy Brown will also call Dr. Frain to evaluate and comment on any purported evidence and testimony disclosed by Defendant or intended to be used by Defendant at trial and which lie within the scope of her qualifications and expertise. Plaintiffs' counsel certifies that Dr. Frain's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

7. Dr. Charles L. Baum, II, Ph.D., 2930 Cherry Blossom Lane, Murfreesboro, TN 37129, (615) 556-9287. Plaintiff Brandy Brown will call Dr. Baum to present evidence and testimony consistent with his written report and findings. Plaintiff Brandy Brown will also call Dr. Baum to evaluate and comment on any purported evidence and testimony disclosed by Defendant

or intended to be used by Defendant at trial and which lie within the scope of his qualifications and expertise. Plaintiffs' counsel certifies that Dr. Baum's Rule 26 report and disclosure materials are served on Defendant and Defendant's counsel contemporaneously herewith.

8. All unobjectionable witnesses who are timely and properly disclosed by Defendant. At this time, Plaintiffs do not know the identity of any such witness or the purported qualifications, opinions, or testimony of any such witness. Plaintiffs therefore reserve the right to limit or exclude any witness disclosed by Defendant.

Rule 26(a)(2)(C)—Witnesses Who Do Not Provide a Written Report

9. Dr. Daniel Regino, D.O., 9330 Medical Plaza Drive, North Charleston, SC 29406, (843) 797-7000. Plaintiff Brandy Brown will call Dr. Regino to offer opinions and testimony about the injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, his examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Regino will testify consistent with his findings, impressions, statements, diagnoses, and recommendations contained in his medical records for Plaintiff Brandy Brown, including that Plaintiff Brandy Brown sustained multiple facial lacerations, a nasal avulsion, deformities to the right arm, an open fracture below the left knee, altered mental status, injury to the right brachial artery, and right globe rupture requiring emergency transport to MUSC University Health Medical Center of the as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown will also call Dr. Regino to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of his qualifications and expertise. Dr. Regino's opinions and testimony will be based on his observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy

Brown's medical and treatment records, and Dr. Regino's professional qualifications, including his medical education, training, and experience.

10. Dr. Lindsey Korepta, M.D., 1600 Midtown Avenue, East Cooper Medical Pavilion, 1st & 2nd Floor, Mount Pleasant, SC 29464, (843) 792-3504. Plaintiff Brandy Brown will call Dr. Korepta to offer opinions and testimony about the injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, her examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Korepta will testify consistent with her findings, impressions, statements, diagnoses, and recommendations contained in her medical records for Plaintiff Brandy Brown, including that Plaintiff Brandy Brown sustained a complete transection of the right brachial artery and nerve overlying with hard metal object penetrating through both structures, hematoma as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown anticipates Dr. Korepta will testify about her August 11, 2025 right arm open exploration surgery performed on Plaintiff Brandy Brown, including that the surgery required removal of "large metal shrapnel" from Plaintiff Brandy Brown's right arm. Plaintiff Brandy Brown will also call Dr. Korepta to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of her qualifications and expertise. Dr. Korepta's opinions and testimony will be based on her observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy Brown's medical and treatment records, and Dr. Korepta's professional qualifications, including her medical education, training, and experience.

11. Dr. Elise Steinberger, M.D., 171 Ashley Avenue, Charleston, SC 29425, (843) 792-2300. Plaintiff Brandy Brown will call Dr. Steinberger to offer opinions and testimony about the

injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, her examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Steinberger will testify consistent with her findings, impressions, statements, diagnoses, and recommendations contained in her medical records for Plaintiff Brandy Brown, including that Plaintiff Brandy Brown sustained a right globe rupture of her right eye, corneal abrasion to her left eye, traumatic hyphema of the left eye, angle recession of the left eye, loss of vision to the right eye, reduced vision in the left eye, and multiple eyelid lacerations requiring surgery as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown anticipates Dr. Steinberger will testify about her August 11, 2025 eye surgery performed on Plaintiff Brandy Brown, including that the surgery revealed an inferior 270 degree limbal laceration with multiple inferior radial scleral lacerations with a large black metallic foreign body approximately 7cm x 2.5cm embedded in the orbit, that the large black metallic foreign body was removed with forceps, the large majority of the contents of the right eye were auto-eviscerated leaving behind a shredded scleral shell, and that the optic nerve of the right eye had to be cauterized, the right globe of the eye was enucleated, and the right and left eyelids were repaired, among other findings. Plaintiff will also call Dr. Steinberger to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of her qualifications and expertise. Dr. Steinberger's opinions and testimony will be based on her observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy Brown's medical and treatment records, and Dr. Steinberger's professional qualifications, including her medical education, training, and experience.

12. Dr. Catherine Kappauf, M.D., 171 Ashley Avenue, Charleston, SC 29425, (843) 792-2300. Plaintiff Brandy Brown will call Dr. Kappauf to offer opinions and testimony about the injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, her examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Kappauf will testify consistent with her findings, impressions, statements, diagnoses, and recommendations contained in her medical records for Plaintiff Brandy Brown, including that Plaintiff Brandy Brown sustained multiple facial lacerations requiring surgical repair as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown anticipates Dr. Kappauf will testify about her August 11, 2025 facial repair and reconstruction surgery performed on Plaintiff Brandy Brown. Plaintiff Brandy Brown will also call Dr. Kappauf to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of her qualifications and expertise. Dr. Kappauf's opinions and testimony will be based on her observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy Brown's medical and treatment records, and Dr. Kappauf's professional qualifications, including her medical education, training, and experience.

13. Dr. Stuart Leon, M.D., 135 Rutledge Avenue, Rutledge Tower, 7th Floor, Charleston, SC 29425, (843) 792-2300. Plaintiff Brandy Brown will call Dr. Leon to offer opinions and testimony about the injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, his examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Leon will testify consistent with his findings, impressions, statements, diagnoses, and recommendations contained in his medical records for Plaintiff Brandy Brown,

including that Plaintiff Brandy Brown sustained multiple wounds to her left knee and leg involving embedded metallic foreign bodies requiring surgical intervention as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown anticipates Dr. Leon will testify about his October 14, 2025 surgery performed on Plaintiff Brandy Brown's left knee and leg. Plaintiff Brandy Brown will also call Dr. Leon to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of his qualifications and expertise. Dr. Leon's opinions and testimony will be based on his observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy Brown's medical and treatment records, and Dr. Leon's professional qualifications, including his medical education, training, and experience.

14. Dr. M. Lance Tavana, M.D., 171 Ashley Avenue, Charleston, SC 29425, (843) 792-2300. Plaintiff Brandy Brown will call Dr. Tavana to offer opinions and testimony about the injuries Plaintiff Brandy Brown sustained, the medical cause and etiology of Plaintiff Brandy Brown's injuries, his examination and treatment of Plaintiff Brandy Brown's injuries, and complications associated with Plaintiff Brandy Brown's injuries. Plaintiff Brandy Brown anticipates that Dr. Tavana will testify consistent with his findings, impressions, statements, diagnoses, and recommendations contained in his medical records for Plaintiff Brandy Brown, including that Plaintiff Brandy Brown sustained penetrating wounds to her right arm, transaction of the right brachial artery, laceration of the right median nerve, and laceration of the right flexor carpi radialis tendon requiring emergency surgery as a result of the August 11, 2025 motor vehicle incident. Plaintiff Brandy Brown anticipates Dr. Tavana will testify about his August 11, 2025 right arm nerve and tendon repair surgery performed on Plaintiff Brandy Brown's and how large pieces of metal shrapnel were found in and removed from the surgical site. Plaintiff Brandy Brown

will also call Dr. Tavana to offer opinions and testimony on any related expert opinions and testimony to be disclosed by Defendant and which lies within the scope of his qualifications and expertise. Dr. Tavana's opinions and testimony will be based on his observations, examination, and treatment of Plaintiff Brandy Brown, review of Plaintiff Brandy Brown's medical and treatment records, and Dr. Tavana's professional qualifications, including his medical education, training, and experience.

15. All unobjectionable witnesses who are timely and properly disclosed by Defendants. At this time, Plaintiffs do not know the identity of any such witness or the purported qualifications, opinions, or testimony of any such witness. Plaintiffs therefore reserve the right to limit or exclude any witness disclosed by Defendant.

Reservation of Rights

Plaintiffs reserve the right to amend or supplement these expert disclosures as permitted by Federal Rule of Civil Procedure 26(e) or otherwise by Court order.

Dated: September 9, 2026

Respectfully submitted,

/s/ *Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (admitted *pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 9, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com
*Attorney for Plaintiffs*