**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans, | ) | **Case No.: 2:25-cv-14045-RMG** |
| Plaintiffs, | ) | |
| vs. | ) | **NOTICE OF FILING OF DECLARATION OF RECORDS CUSTODIAN** |
| Ford Motor Company, | ) | |
| Defendant. | ) | |

**TO: THE HONORABLE CLERK OF THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA, CHARLESTON DIVISION**

Defendant Ford Motor Company hereby files the attached Declaration of Records Custodian (Exhibit A) with the Clerk of the District Court of the United States, District of South Carolina.

October 5, 2026

By: s/Carmelo B. Sammataro

Carmelo B. Sammataro (Fed. I.D. # 9174)
Turner, Padget, Graham & Laney, P.A.
Post Office Box 1473
Columbia, SC 29202
Phone: (803) 254-2200
Fax: (803) 799-3957
SSammataro@TurnerPadget.com

R. Kent Warren (*pro hac vice*)
Abigail A. Golden (*pro hac vice*)
Bowman and Brooke LLP
1942 East 7th Street, Suite 360
Charlotte, NC 28204
Phone: (980) 987-3715
kent.warren@bowmanandbrooke.com
Abigail.Golden@bowmanandbrooke.com
**ATTORNEYS FOR DEFENDANT**