# EXHIBIT A

MUSC Health
Medical University of South Carolina

**Health Information Services**
169 Ashley Ave., Room H102
MSC 349
Charleston, SC 29425-3490
Tel: 843-792-3881
Fax: 843-876-8080

**RECORD'S CUSTODIAN**

---

I, Nikki Mosely, am a Release of Information Specialist working in the Health Information Services Department or am their authorized designee do hereby certify that I am authorized to certify the record(s) and / or radiology image(s) kept in the ordinary course of business for the Medical University Hospital Authority. Further, I hereby certify that the copies of record(s) and / or radiology image(s) attached hereto are true and accurate copies of the record(s) and / or radiology image(s):

NAME: Brandy Brown

MRN: 00744597

DATE(S) OF SERVICE: 8/10/25 to Present

PAGE(S) / STUDY(IES): 1 Imaging Disc

RECORD(S) REQUESTED: MUSC Health

The record(s) and / or radiology image(s) maintained by Medical University Hospital Authority may contain copies of medical records and / or radiology images originally provided by other non-MUSC generated hospitals, facilities or other non-MUSC providers of medical care. The originals of such other medical records and / or radiology images were prepared and are maintained by the original sources. However, the attached record(s) and / or radiology image(s) are true and accurate reproductions of the copies incorporated into our electronic health record of the patient.

[signature] 9/4/26

**Release of Information Specialist**

***A COPY SHALL NOT BE ACCEPTED IN LIEU OF AN ORIGINAL.***