**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Brandy M. Brown and Brandy M. Evans,<br><br>Plaintiffs,<br><br>vs.<br><br>Ford Motor Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C/A No. 2:25-cv-14045-RMG |

**FORD MOTOR COMPANY'S RULE 26(a)(2) EXPERT DISCLOSURE**

Defendant Ford Motor Company ("Ford" or "Defendant") discloses the following expert witnesses who may be called pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1. B. Nicholas Ault, M.S., P.E.
   Design Research Engineering
   46475 DeSoto Court
   Novi, Michigan 48377

   Mr. Ault is expected to testify regarding his investigation of the subject crash and his expert opinions regarding accident reconstruction as outlined in his report, which is included with this disclosure. A fee schedule for Design Research Engineering and the resume and testifying history for Mr. Ault also are included with this disclosure. Mr. Ault also may respond to opinions offered by Plaintiffs' expert(s) to the extent those opinions may fall within his areas of expertise. Mr. Ault's expert opinions are stated to a reasonable degree of engineering certainty in his area of expertise.

2. Joseph Michon
   3032 S. Sabrina Circle

Mesa, Arizona 85212

Mr. Michon is expected to testify regarding airbag inflators (gas generators) for use in automobile restraint systems including, but not limited to, structural components/strength, inflator specifications, and development methodology specifically related to Phase Stabilized Ammonium Nitrate (PSAN) propellant containing inflators developed, qualified, and produced by Takata, as outlined in his report, which is included with this disclosure. A fee schedule, resume, and testifying history for Mr. Michon also are included with this disclosure. Mr. Michon also may testify in response to issues raised by Plaintiff's expert(s) to the extent those opinions may fall within his areas of expertise.

3. Bruce Miller, Ph.D., P.E.
Exponent
3350 Peachtree Road NE, Suite 1125
Atlanta, Georgia 30326

Dr. Miller is expected to testify regarding the design and performance of the subject vehicle seat belts as outlined in his report, which is included with this disclosure. A fee schedule for Exponent and the resume and testifying history for Dr. Miller also are included with this disclosure. Dr. Miller also may respond to opinions offered by Plaintiffs' expert(s) to the extent those opinions may fall within his areas of expertise. Dr. Miller's expert opinions are stated to a reasonable degree of engineering certainty in his area of expertise.

4. Ram Krishnaswami, Technical Leader, Design Analysis Engineering
Ford Motor Company
1 American Road
Dearborn, Michigan 48126

Mr. Krishnaswami is expected to testify regarding the design, development, testing, and recall of the 2006 Ford Mustang, including specifically its passenger restraint system and the performance of that system during the crash at issue in this case. His expert

opinions are outlined in his report, which is included with this disclosure, and includes a CV and testifying history for Mr. Krishnaswami. Mr. Krishnaswami also may respond to opinions offered by Plaintiffs' experts to the extent those opinions may fall within his areas of expertise. His opinions are stated to a reasonable degree of engineering certainty within his areas of expertise.

5. Mark R. Sochor, M.D., M.S., FACEP
MSMD, LLC
3833 Brocks Mill Road
Barboursville, Virginia 22923

Dr. Sochor is expected to testify regarding his opinions as an expert witness regarding injury biomechanics, occupant kinematics, occupant restraints, occupant loading, occupant retention, as well as application of general biomechanical principles, occupant kinematics, and injury mechanism in the subject crash. His expert opinions are outlined in his report, which is included with this disclosure. A fee schedule for MSMD, LLC and the resume and testifying history for Dr. Sochor also are included with this disclosure. Dr. Sochor also may respond to opinions offered by Plaintiffs' expert(s) to the extent those opinions may fall within his areas of expertise. Dr. Sochor's expert opinions are stated to a reasonable degree of medical certainty in his area of expertise.

6. Garson M. Caruso, M.D., M.P.H., CLCP, CMLE, FACOEM, FIAIME
647 East Siddonsburg Road
Mechanicsburg, Pennsylvania 17055

Dr. Sochor is expected to testify as an expert witness regarding the anticipated remaining life expectancy of Plaintiff Brandy Brown following the subject crash. His expert opinions are outlined in his report, which is included with this disclosure. A fee schedule, resume, and testifying history for Dr. Caruso also are included with this

disclosure. Dr. Caruso also may respond to opinions offered by Plaintiffs' expert(s) to the extent those opinions may fall within his areas of expertise. Dr. Caruso's expert opinions are stated to a reasonable degree of medical certainty in his area of expertise.

7. Craig Dubois, M.D.
Piedmont Health Care, Lake Norman Neurology
124 Professional Park, Ste. A
Mooresville, North Carolina 28117

Dr. Dubois is expected to testify as an expert witness the field of neurology. His expert opinions are outlined in his report, which is included with this disclosure. A fee schedule, resume, and testifying history for Dr. Dubois also are included with this disclosure. Dr. Dubois also may respond to opinions offered by Plaintiffs' expert(s) to the extent those opinions may fall within his areas of expertise. Dr. Dubois' expert opinions are stated to a reasonable degree of medical certainty in his area of expertise.

8. Ford reserves the right to supplement this list to include additional opinions and testimony from witnesses identified herein, as well as additional experts as may be necessary, depending upon discovery and investigation, which are presently incomplete and ongoing.

9. Ford reserves the right to elicit expert opinions from any other expert witnesses disclosed by Plaintiffs.

10. Ford reserves the right to elicit expert opinions from fact witnesses to the extent they are qualified and competent to render such opinions in this civil action.

11. Ford reserves the right to supplement this expert witness designation.

12. Ford reserves the right to call rebuttal experts.

13. Ford reserves the right to withdraw one or more of the above-named expert witnesses or identify additional expert witnesses pending completion of further discovery, for the

purpose of rebuttal or otherwise, as counsel deems necessary.

**CERTIFICATION**

Undersigned counsel for Defendant Ford Motor Company certifies that he has complied with Fed. R. Civ. P. 26(a)(2)(B) by serving the required materials upon counsel for Plaintiffs.

October 9, 2026 By: Carmelo B. Sammataro

Carmelo B. Sammataro (Fed. I.D. # 9174)
Turner, Padget, Graham & Laney, P.A.
Post Office Box 1473
Columbia, SC 29202
Phone: (803) 254-2200
Fax: (803) 799-3957
SSammataro@TurnerPadget.com

R. Kent Warren (*pro hac vice*)
Abigail A. Golden (*pro hac vice*)
Bowman and Brooke LLP
1942 East 7th Street, Suite 360
Charlotte, NC 28204
Phone: (980) 987-3715
kent.warren@bowmanandbrooke.com
Abigail.Golden@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANT**