**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| BRANDY M. BROWN and BRANDY M. EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | ) | Civil Action No.: 2:25-cv-14045-RMG |

**PLAINTIFFS' NOTICE OF FILING**
**AFFIDAVITS/CERTIFICATIONS OF RECORDS CUSTODIANS**

Plaintiffs, Brandy M. Brown and Brandy M. Evans, through their undersigned counsel and pursuant to the Court's scheduling order for this case, hereby file and serve the attached affidavits and certifications of records custodians for the following facilities:

1. Charleston Wound Care (Exhibits A and B)
2. Colleton County Fire and Rescue (Exhibit C)
3. HCA Healthcare Trident Hospital (Exhibit D)
4. MUSC Health (Exhibits E, F, and G)
5. HCA Healthcare Trident Hospital (Billing) (Exhibit H)

Dated: October 16, 2026

Respectfully submitted,

*/s/ Cooper Klaasmeyer*

COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com

/s/ *Steven E. Nauman*
Steven E. Nauman, Esq.
Florida Bar No. 106126 (admitted *pro hac vice*)
Morgan & Morgan
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 244-3962
Email: snauman@forthepeople.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 16, 2026, the foregoing document was electronically filed with the Clerk of Court for the District of South Carolina, Charleston Division, by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal Bar No. 14272
Morgan & Morgan, P.A.
4401 Belle Oaks Drive, 3rd Floor
North Charleston, SC 29405
Telephone: (843) 973-5438
Email: cooper.klaasmeyer@forthepeople.com
*Attorney for Plaintiffs*