Advita

1800 JFK Blvd., Suite 1525
Philadelphia, PA 19103

Patient Name: Brandy Brown
Date of Birth: 10/02/1975
Medical Record #: ________________

## CERTIFICATION OF RECORDS

- Enclosed are the medical records of **Brandy Brown**.
- **Charleston Wound Care** is producing the records pursuant to a subpoena or patient authorized request issued to **Charleston Wound Care**.
- Please accept this document as certification of the records produced herewith.
- The records you requested are maintained by **Charleston Wound Care**.
- The records produced herewith are accurate, complete, true, and correct copies of all records from **Charleston Wound Care** pursuant to your request.
- I further certify that **Charleston Wound Care** is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that upon information and belief, these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

[x] Number of pages: 76
[ ] No records for dates requested
[ ] No patient found
[ ] Includes billing records or radiology CD(s) (please circle)

Signature: [signature] Date: 9/03/26

Print Name: Heather Michaelis
Custodian of Records for: Charleston Wound Care

Order No. 115376.013
Record Type: Medical