Advita

1800 JFK Blvd., Suite 1525
Philadelphia, PA 19103

Patient Name: Brandy Brown
Date of Birth: 10/02/1975
Medical Record #: 1630693

## CERTIFICATION OF RECORDS

- Enclosed are the medical records of **Brandy Brown.**
- **Colleton County Fire and Rescue** is producing the records pursuant to a subpoena or patient authorized request issued to **Colleton County Fire and Rescue.**
- Please accept this document as certification of the records produced herewith.
- The records you requested are maintained by **Colleton County Fire and Rescue.**
- The records produced herewith are accurate, complete, true, and correct copies of all records from **Colleton County Fire and Rescue** pursuant to your request.
- I further certify that **Colleton County Fire and Rescue** is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that upon information and belief, these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

☑ Number of pages: 15

☐ No records for dates requested

☐ No patient found

☐ Includes billing records or radiology CD(s) (please circle)

Signature: C. Snelgrove (signature)

Date: Feb. 6th 2026

Print Name: Courtney Snelgrove

Custodian of Records for: Colleton County Fire and Rescue

Order No. 115376.007
Record Type: Medical