Patient: BROWN, BRANDY

Medical Record Number: D001127478

Facility: HCA Healthcare Trident Hospital

Phone Number: 843-797-7000

Address: 9330 Medical Plaza Dr

City/State: Charleston, SC Zip: 29406

**CERTIFICATION OF MEDICAL RECORDS**

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

- ☐ The complete records consisting of ______ pages.
- ☑ The complete records for the time period beginning 08/11/2025 and ending present consists of 125 pages.
- ☐ The copied records consist of _______ pages per your request for specific portions of the medical record.
- ☐ The copied records consist of _______ pages. They are incomplete in the following:______________________________

**CERTIFICATION OF NO RECORDS**

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

**DECLARATION OF CUSTODIAN OF RECORDS**

I, Cindy Cauthen, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of South Carolina, County of Charleston that the foregoing is true and correct.

Cindy Cauthen
Signature

09.17.2026
Date

*************************************************************************

Subscribed and sworn to me, a notary public in and for said county, this _____Day of _____________ 20___.

______________________________

Notary Public

My commission expires: ______________________________

(Seal)

In states where a Notary is not required, this form will only include signature and date of the medical record custodian.