MUSC Health
Medical University of South Carolina

**Health Information Services**
169 Ashley Ave., Room H102
MSC 349
Charleston, SC 29425-3490
Tel: 843-792-3881
Fax: 843-876-8080

**RECORD'S CUSTODIAN CERTIFICATION**

***A COPY SHALL NOT BE ACCEPTED IN LIEU OF AN ORIGINAL.***

---

I, Jodi Edwards, Release of Information Specialist, Health Information Services Department, do hereby certify that I am employed and authorized to certify the record(s) and / or radiology image(s) kept in the ordinary course of business for the Medical University Hospital Authority. Further, I hereby certify that the copies of record(s) and / or radiology image(s) attached hereto are true and accurate copies of the record(s) and / or radiology image(s):

NAME: Ms. Brandy Brown

MRN: 007464597

DATE(S) OF SERVICE: 08/11/2025-09/02/2026

PAGE(S) / STUDY(IES): 5984

RECORD(S) REQUESTED: MUSC Records

The record(s) and / or radiology image(s) maintained by Medical University Hospital Authority may contain copies of medical records and / or radiology images originally provided by other non-MUSC generated hospitals, facilities or other non-MUSC providers of medical care. The originals of such other medical records and / or radiology images were prepared and are maintained by the original sources. However, the attached record(s) and / or radiology image(s) are true and accurate reproductions of the copies incorporated into our electronic health record of the patient.

*Jodi Edwards*
*09/10/2026*
Release of Information Specialist

Release of Information EID: 385688482