# AFFIDAVIT OF BUSINESS RECORDS

STATE OF Tennessee
)
) SS.
COUNTY OF **Montgomery**

I , Annie Theppanya , being sworn upon my oath, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated, do hereby certify:

1. I am the custodian of records for **HCA Healthcare Trident Hospital** and work as a Manager in the Atlantic Shared Service Center.

2. Attached hereto are 3 pages of medical billing records from the files of **HCA Healthcare Trident Hospital,** which are kept in the regular course of business.

3. It was the regular course of business for an employee or representative of **HCA Healthcare Trident Hospital** with the knowledge of the act, event, conditions, opinion, or diagnosis, to make the billing records or transmit the information included in the medical billing records.

4. The medical billing records were made at or near the time of the act, event, condition, opinion or diagnosis.

5. I am familiar with **HCA Healthcare Trident Hospital** charges for its medical services. The amounts charged to **Brandy Brown** for the services listed on the attached medical bills, in the total amount of $105,740.00, were reasonable at the time and place the services were provided, and represent the value of the medical services rendered.

6. The medical services were provided at the direction of a physician.

7. The medical billing records attached hereto are true and accurate copies of the original hospital billing records.

Further, affiant saith naught.

10/15/2026 04:18 PM EDT

**Manager, VCM**

SUBCRIBED AND SWORN to before me, a Notary Public on

10/15/2026 04:39 PM EDT

**NOTARY SEAL**

TAINA TORRES
STATE OF TENNESSEE NOTARY PUBLIC
COUNTY OF MONTGOMERY
Online Notary Public
My Commission Expires:
November 17, 2029

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®